# Court of Appeals
# of the State of Georgia

ATLANTA,  May 24, 2022

*The Court of Appeals hereby passes the following order:*

**A22I0187. THE STATE v. HENDRIED GREEN.**

The State filed this application for interlocutory appeal, seeking leave to appeal the trial court's order granting defendant Hendried Green's motion to set bond. We lack jurisdiction.

Appeals by the State in criminal cases are construed strictly against the State, and the ability of the State to appeal is limited by OCGA § 5-7-1. See *State v. Cash*, 298 Ga. 90, 91 (1) (a) (779 SE2d 603) (2015); *State v. Outen*, 289 Ga. 579, 580 (714 SE2d 581) (2011). "Because OCGA § 5-7-1 (a) establishes the universe of appeals the State is permitted to seek in criminal cases, if the State attempts an appeal outside the ambit of OCGA § 5-7-1 (a), the appellate courts do not have jurisdiction to entertain it." *State v. Wheeler*, 310 Ga. 72, 74 (1) (849 SE2d 401) (2020) (punctuation omitted). No provision of OCGA § 5-7-1 (a) permits the State to appeal from an order granting a defendant's motion to set bond.

Because the trial court's order granting Green's motion to set bond is outside the ambit of OCGA § 5-7-1 (a), this application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  05/24/2022
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*